No. 67948.—Castelazo & Associates and K & C Co. v. United States, protests 61/6469, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with oral stipulation of counsel that the articles in question are not screens but are manufactures in chief value of rattan, the claim of the plaintiffs was sustained.

No. 67949.—Parksmith Corporation et al. v. United States, protests 62/11809(A), etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the items marked "A" consist of telescopes, not chiefly used for the amusement of children, the claim at 25 percent under the provision in 228(b), as modified by the Japanese Protocol to the General Agreement on Tariffs and Trade (T.D. 53865), supplemented by Presidential proclamation (T.D. 53877), for telescopes, valued not over $2 each, finished or unfinished, not specially provided for, was sustained. The items marked "B," stipulated to consist of ballet dancing figures on jewelry boxes similar in all material respects to those the subject of Abstract 66652, were held dutiable as entireties at 16⅔ percent under the provision in paragraph 412, as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T.D. 52373), supplemented by Presidential proclamation (T.D. 52476), for manufactures of wood, not specially provided for, as claimed.

AUGUST 26, 1963

No. 67950.—A. Zerkowitz & Co., Inc. v. United States, protest 62/17965. Protest dismissed June 10, 1963. (Not published.) Plaintiff's application for rehearing granted.